EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMION HARTSFIELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, *et al*.<br><br>Defendants. | CASE NO.: 25-cv-1950-WQH-DEB<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Julia Yoo, attorney for Plaintiff, hereby withdraws as counsel of record in this matter. Eugene G. Iredale and Iredale & Yoo APC will continue to actively represent the Plaintiff. All future pleadings, notices, and papers should continue to be served on the remaining attorneys at the firm.

The Clerk is respectfully requested to update the docket accordingly and to remove Ms. Yoo from the court's electronic service list (CM/ECF).

Respectfully submitted,

**IREDALE AND YOO, APC**

Dated: September 15, 2026

s/ *Julia Yoo*
EUGENE IREDALE
JULIA YOO
SARAH MUSUMECI
Attorneys for Plaintiff Damion Hartsfield